192 v  194 v 195 v 193 v 194 v 195 v 196 v 193 v   196 v 192 v 193 v 194 v 195 v 196 v 197 v 198 v 199 v 191 v 192 v